# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

129618(23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LAWRENCE EUGENE DELL,
        Defendant-Appellant.

SC: 129618
COA: 261013
St. Clair CC: 95-001361-FC

_____/

On order of the Court, the motion for reconsideration of this Court's order of December 27, 2005 is considered, and it is GRANTED. We VACATE our order dated December 27, 2005. On reconsideration, the application for leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

p0322